**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brian Morris | CHAPTER 13 |
|        Eileen Morris | |
| Debtor(s) | BKY. NO. 22-11603 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Rebecca Solarz*
                        Rebecca Solarz
                        15 Jul 2022, 09:58:12, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322