Certificate Number: 03088-PAE-DE-036758433

Bankruptcy Case Number: 22-11603



03088-PAE-DE-036758433

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 14, 2022, at 6:12 o'clock PM CDT, Brian Morris completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 15, 2022              By:   /s/Tania Roman for Doug Tonne

Name:   Doug Tonne

Title:   Counselor