# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

BRIAN MORRIS                                Bankruptcy No. 22-11603-AMC
EILEEN MORRIS
77 SWEETGUM ROAD

LEVITTOWN, PA 19056-

  Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
BRIAN MORRIS
EILEEN MORRIS
77 SWEETGUM ROAD

LEVITTOWN, PA 19056-

**Counsel for debtor(s), by electronic notice only.**
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 8/30/2022                                                           /s/ Kenneth E. West

                                                         _____
                                                         Kenneth E. West, Esquire
                                                         Chapter 13 Standing Trustee