United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11603-amc
Brian Morris  Chapter 13
Eileen Morris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jan 10, 2023　　　　　　　　　Form ID: 155　　　　　　　　　　　　Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Morris, Eileen Morris, 77 Sweetgum Road, Levittown, PA 19056-2203 |
| 14699674 | + | Bucks County Tax Claim Bureau, 55 East Court Street, 3rd Floor, Doylestown, PA 18901-4318 |
| 14709577 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14709579 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esquire., P.O. Box 215, Perkasie PA 18944-0215 |
| 14706103 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14699671 | + | Email/Text: bncnotifications@pheaa.org | Jan 11 2023 00:22:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14699675 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2023 00:33:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14699676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2023 00:33:53 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14699677 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 11 2023 00:22:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14699678 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 11 2023 00:22:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14704206 | + | Email/Text: ECMCBKNotices@ecmc.org | Jan 11 2023 00:22:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14711110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:33:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699679 | + | Email/PDF: cbp@onemainfinancial.com | Jan 11 2023 00:34:04 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14699680 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2023 00:22:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14713876 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 11 2023 00:22:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14702677 | | Email/Text: amps@manleydeas.com | Jan 11 2023 00:22:00 | PNC Bank National Association, c/o Alyk L. Oflazian, Esq., Manley Deas KocjalskiLLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14702249 | | Email/Text: amps@manleydeas.com | Jan 11 2023 00:22:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14705966 | ^ | MEBN | Jan 11 2023 00:15:45 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, |

Case 22-11603-amc  Doc 30  Filed 01/12/23  Entered 01/13/23 00:37:37  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: 155 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Philadelphia, PA. 19106-1541 |
| 14699681 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:33:58 | Syncb/frdmrc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14700763 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:33:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14700862 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:33:52 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699682 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:34:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14699683 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 11 2023 00:33:52 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14703726 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 11 2023 00:22:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14699672 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14699673 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023                     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

**Name**     **Email Address**

ALYK L OFLAZIAN
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com

BRAD J. SADEK
on behalf of Joint Debtor Eileen Morris brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
on behalf of Debtor Brian Morris brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 10, 2023 | Form ID: 155 | Total Noticed: 24

| | |
|---|---|
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com ksaborsky@grimlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com ksaborsky@grimlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Brian Morris and Eileen Morris
      Debtor(s)                                                     Chapter: 13

                                                                                   Bankruptcy No: 22−11603−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this January 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Ashely M. Chan
                                                         Judge ,
                                                         United States Bankruptcy Court

                                                                                                  29 − 10
                                                                                                  Form 155