**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Brian Morris | : | |
| Eileen Morris | : | |
| | : | Case No.: 22-11603-AMC |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: April 21, 2023          /s/ Brad J. Sadek, Esquire
                               Brad J. Sadek, Esquire
                               Sadek and Cooper Law Offices, LLC
                               1500 JFK Boulevard, Suite #220
                               Philadelphia, Pa 19102
                               brad@sadeklaw.com
                               215-545-0008