IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Brian Morris | : | Chapter 13 |
|    Eileen Morris | : | |
| | : | Case No.: 22-11603-AMC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: April 26, 2023                                    /s/ Brad J. Sadek, Esquire
                                                                                           Brad J. Sadek, Esquire
                                                                                           Sadek and Cooper Law Offices, LLC
                                                                                           1500 JFK Boulevard, Suite #220
                                                                                           Philadelphia, Pa 19102
                                                                                           215-545-0008