UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Brian Morris | : | Chapter 13 |
| Eileen Morris | : | |
| | : | Case No.: 22-11603-AMC |
| Debtors | : | |

# O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified. It is further

ORDERED that the Debtor's new Chapter 13 Plan payment shall conform with the Modified Plan docketed at Docket No. 35.

~~FURTHER ORDERED~~:

Dated: May 2, 2023

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE