# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 22-11603-AMC

BRIAN MORRIS
EILEEN MORRIS
77 SWEETGUM ROAD

LEVITTOWN, PA 19056-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIAN MORRIS
    EILEEN MORRIS
    77 SWEETGUM ROAD

    LEVITTOWN, PA 19056-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                        /S/ Kenneth E. West

Date: 10/24/2023                           _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee