## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Brian Morris | | |
| Eileen Morris | : | |
| | : | Case No.: 22-11603-amc |
| Debtor(s) | : | |

## <u>CERTIFICATE OF NO RESPONSE</u>

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Second Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: February 29, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, Pa 19102
brad@sadeklaw.com
215-545-0008