**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
|    Brian Morris | : | Chapter 13 |
|    Eileen Morris | : | |
| | : | Case No.: 22-11603-AMC |
|    Debtors | : | |

## O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

Dated: May 29, 2024

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE