United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-11603-amc

Brian Morris                                                                              Chapter 13

Eileen Morris

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2026 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Morris, Eileen Morris, 77 Sweetgum Road, Levittown, PA 19056-2203 |
| 14699674 | + | Bucks County Tax Claim Bureau, 55 East Court Street, 3rd Floor, Doylestown, PA 18901-4318 |
| 14709577 | + | Bucks County Tax Claim Bureau, c/o Michael K. Martin, Esq., P.O. Box 215, Perkasie PA 18944-0215 |
| 14709579 | + | Bucks County Tax Claim Bureau, c/o Kelly L. Eberle, Esquire., P.O. Box 215, Perkasie PA 18944-0215 |
| 14706103 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 01 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 01 2026 00:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14699671 | + | Email/Text: bncnotifications@pheaa.org | Apr 01 2026 00:31:00 | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14699675 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 01 2026 00:40:40 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14699676 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 01 2026 00:40:42 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14699677 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 01 2026 00:31:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14699678 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 01 2026 00:31:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 14704206 | + | Email/Text: ECMCBKNotices@ecmc.org | Apr 01 2026 00:31:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14711110 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 01 2026 00:40:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14699679 | + | Email/PDF: cbp@omf.com | Apr 01 2026 00:40:47 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14699680 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2026 00:31:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 14713876 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 01 2026 00:31:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14702677 | | Email/Text: amps@manleydeas.com | Apr 01 2026 00:31:00 | PNC Bank National Association, c/o Alyk L. Oflazian, Esq., Manley Deas KocjalskiLLC, PO |

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Mar 31, 2026 Form ID: pdf900 Total Noticed: 26

| | | | |
|---|---|---|---|
| | | | Box 165028, Columbus, OH 43216-5028 |
| 14702249 | Email/Text: amps@manleydeas.com | Apr 01 2026 00:31:00 | PNC Bank, National Association, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14705966 | ^ MEBN | Apr 01 2026 00:24:01 | PNC Bank, National Association, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14699681 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Syncb/frdmrc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14700763 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2026 00:40:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14700862 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 01 2026 00:40:54 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699682 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:54 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14699683 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 01 2026 00:40:47 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14703726 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Apr 01 2026 00:31:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14699672 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14699673 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| BRAD J. SADEK | on behalf of Joint Debtor Eileen Morris brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |

District/off: 0313-2                                    User: admin                                         Page 3 of 3

Date Rcvd: Mar 31, 2026                            Form ID: pdf900                                   Total Noticed: 26

BRAD J. SADEK
                          on behalf of Debtor Brian Morris brad@sadeklaw.com
                          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

KELLY LYN EBERLE
                          on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                          on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                          matthew.fissel@brockandscott.com

MICHAEL KEVIN MARTIN
                          on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com;bnorth@grimlaw.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    BRIAN MORRIS<br>    EILEEN MORRIS<br><br>                 Debtors | Chapter 13<br><br>Bankruptcy No. 22-11603-AMC |

<u>ORDER</u>

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 31, 2026**

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge